```
1                           * * * *

2

3      (This is a rough draft of the proceedings provided by the

4              court reporter for the benefit of counsel and

5              parties.  Please remember it is not a certified,

6              final-form transcript and is not to be used as such.)

7

8                           * * * *

9

10

11    Q    I'm going to shift gears and talk a little bit

12         various components of your opinions.  And I want to

13         talk first about pipe deflection and pipe deflection

14         measurement.

15                   On page 81, and it's Opinion 2, you

16         state that "The probable cost for pipe deflection

17         measurement through laser profiling is 1.4 million."

18                   What is "pipe deflection"?

19    A    Well, I believe -- actually let me state that the

20         pipe deflection portion of this was -- the estimate

21         was provided by an outside firm that does that type

22         of work.

23    Q    Okay.

24    A    And I believe that was -- it was -- I don't even --

25    Q    Well, if we turn to page -- and I think I --
```

Rough Draft - 2

```
1     A    So I don't know the actual details of -- I mean,

2          typically, if there's work done that is outside of
```

EXHIBIT

D

3       our expertise, we find someone that knows about that.

4       So -- I don't know the details of

5       actually that particular -- what's in that number.

6     Q   Do you know what -- do you know what pipe deflection

7       is, what they're talking about in the context of your

8       estimate?

9     A   Well, I didn't read Neill's technical memo, so I

10       could -- I could make an assumption of what it is,

11       but I mean, deflection is when the pipe bends, so

12       they're probably measuring how much it has changed or

13       bent from being a true straight pipe.

14     Q   What would typically cause that kind of pipe bend or

15       deflection?

16     A   I don't know.  I'm not an technical expert on it.

17     Q   And if you don't know the answers to these questions,

18       let me know.  And I'm just trying to figure out what

19       you know and what you don't know.  If you don't know,

20       just tell me.  If you're relying on other people,

21       that's fine.

22       Do you know how that problem of

23       deflection would manifest itself?  How you would know

24       if you had pipe deflection?

25     A   No.  I mean, obviously if it got severe enough, it

Rough Draft - 3

1       would -- it would probably cause the valve not to

2       work, but --

3     Q   Why would the valve not work because of pipe

4       deflection?

5     A   It would bind it, I would assume.  But again, I'm not

6       an expert in this area.

7     Q   Do you know how you prevent pipe deflection?

Case 1:09-cv-00131-WCG   Filed 09/23/11   Page 2 of 27   Document 43-4

```
 8      A    By providing proper support.

 9      Q    What do you mean by that?

10      A    Well, whatever it is that's creating the pipe to

11           bend, usually there's some force there that is

12           causing it to deflect or overstress or whatever it's

13           doing.

14                       So supporting it properly would cause

15           it -- I mean, would solve the problem.

16      Q    Are you aware of any evidence that the pipeline on

17           this project is deflecting?

18      A    No.  I -- like I said, I don't know the technical --

19           I haven't read anybody's technical reports, reviews.

20      Q    Do you remember ever reading a report by Patricia

21           Galloway?

22      A    No.

23      Q    If you had read her report, it would have been

24           included in your file, correct?

25      A    Yes.
```
Rough Draft - 4

```
 1      Q    What about Neill Hampton's report?  I think you said

 2           you don't recall reading his report, but --

 3      A    I may have gotten it, but I don't recall reading it.

 4      Q    Would that have been in your materials if you had

 5           gotten it?

 6      A    If I had gotten it, yes.

 7                       What I'm saying, I don't -- I actually

 8           don't know if I got the report.  I know I got the

 9           cover for the report because it was sent to me at the

10           same time mine was --

11      Q    For you to sign?
```

Case 1:09-cv-00131-WCG   Filed 09/23/11   Page 3 of 27   Document 43-4

```
12   A   Yeah.  Which could be why I didn't read it.
13       Actually, I don't know if I've ever seen it, but I
14       have seen the cover.
15   Q   But from your standpoint, for purposes of your work,
16       you felt it was sufficient to have discussions with
17       Mr. Hampton about the content of his sketch that you
18       were estimating, right?
19   A   Correct.  We were just coming up with the costs based
20       on that sketch.
21   Q   In your report you identify a cost for laser
22       profiling of the pipe.  Does that sound right?
23   A   There was a cost provided, yes.  But that was for the
24       pipe deflection.
25   Q   Right, and I'm just talking about pipe deflection
```
□Rough Draft - 5

```
 1       right now.
 2                     What are -- if you know, how are ways
 3       to measure pipe deflection?  Are there different ways
 4       to measure pipe deflection?
 5   A   I'm sure there are, but again, I'm not the technical
 6       expert on how that's all done.
 7   Q   How did you know that laser profiling was going to be
 8       used for measuring pipe deflection in this case?
 9   A   Well, all -- most -- that entire cost estimate was,
10       again, provided by another firm who does this type of
11       work, and --
12   Q   Did you or anybody else at CDM, to your knowledge,
13       review other ways to measure pipe deflection other
14       than laser profiling?
15   A   I don't know.
16   Q   And I -- the reason I'm asking is, you estimated how
```
Page 4

```
17        much laser profiling would cost, right?  Or you used
18        the estimate --
19     A  I used the estimate somebody else provided, yes.
20     Q  Do you know whether CDM got estimates -- the
21        estimate, by the way, was by an outfit by the name of
22        Red Zone Robotics.  Does that sound right to you?
23     A  Yes.
24     Q  Do you know whether CDM got estimates from anybody
25        other than Red Zone Robotics for laser profiling?
```
Rough Draft - 6

```
1      A  I don't know.
2      Q  Do you know whether CDM -- anybody at CDM considered
3         any other ways to measure pipe deflection other than
4         through laser profiling?
5      A  I don't know.
6      Q  What is laser profiling?
7      A  I'm not real sure, but I imagine what they're doing
8         is they're shooting a laser down the length of the
9         pipe and -- and determining how much deflection there
10        is.
11     Q  How would they do that?  I'm just trying to picture
12        in my mind what it is that they would be doing.
13     A  I don't know the details of how they would do that.
14     Q  Would they do that from inside the pipe?
15                   And if you don't know, just --
16     A  I don't know.  Well, if you can't get in the pipe, I
17        mean --
18     Q  This pipeline is currently operating, right?
19     A  Yeah, that's my understanding.
20     Q  So you're not sure what Red Zone Robotics is
```

Page 5

21          proposing to do with its laser profiling, right?

22      A   No.

23      Q   For example, do you know whether they'd have to take

24          the pipeline out of service in order to do what

25          they're doing?

Rough Draft - 7


1       A   I don't know.  If they couldn't do it from inside,

2           you'd have to do it from the exterior and do

3           excavations and -- but I don't know, again, how --

4       Q   And you don't know whether they'd have to, for

5           example, excavate the entire length of the pipe in

6           order to do the laser profiling?

7       A   Right, I don't know.

8       Q   Have you ever in your experience estimated the cost

9           of laser profiling before?

10      A   Never.

11      Q   Have you ever estimating the cost of any other way to

12          measure pipe deflection other than laser profiling?

13      A   Not that I can think of, no.

14      Q   Are you aware of any project that you've worked on

15          where deflection measurement was an issue or came

16          into play in any way?

17      A   As a cost item --

18      Q   Yes.

19      A   -- or -- deflection is always an issue in design

20          work.

21                      I mean, not that I can remember coming

22          up with a cost for measuring deflexion, no.

23      Q   You said deflection is always important in design

24          work, or words to the effect.

25                      How do you deal with deflection when

                        Page 6

1              you're designing a pipeline?
2    A        Well, it depends on the materials that you're using
3             for the pipe and for the surroundings of the pipe, so
4             it's different depending on the materials, I mean,
5             and the soil types, and how you have to support that
6             particular type of pipe.
7    Q        So is it fair to say that -- strike that.
8                         Is it fair to say that ordinarily
9             deflection is dealt with at the design stage by
10            designing an embedment zone that will properly
11            support the pipe so that you don't get deflection,
12            right?
13   A        Normally, yes.
14   Q        Do you recall any projects that you've been involved
15            in where there's a requirement that the contractor
16            measure deflection during construction?
17   A        It's probably in some specification somewhere, yeah.
18            I don't -- I mean, I can't cite specific examples,
19            no.
20   Q        You're not personally aware of any of those types of
21            specs.  You're just speculating that they might be
22            out there?
23   A        Correct.
24   Q        Do you know what type of deflection measurement might
25            be called for by a contractor during construction?

1    A        No.
2    Q        You've never seen any such specs?

DamonRough.txt

| | | |
|---|---|---|
| 3 | A | I mean, not that I can recall the details of, no. |
| 4 | Q | The -- we looked earlier that your opinion is that |
| 5 | | the cost estimate is $1.4 million for pipe deflection |
| 6 | | measurement. |
| 7 | | If we look on page 129, there's a |
| 8 | | number in the box on the bottom that's 1,356,925. |
| 9 | A | Yes. |
| 10 | Q | Is that the -- is this the backup for your |
| 11 | | $1.4 million? |
| 12 | A | Yes.  It would have been rounded off. |
| 13 | Q | How did you get to the 1,356,925 that you rounded up |
| 14 | | to 1.4 million? |
| 15 | A | Well, again, this was done by Red -- is it Red Zone? |
| 16 | | Red -- and then this -- massaging these numbers was |
| 17 | | done by Erin.  So she had apparently gotten a quote |
| 18 | | for some lengths in this upper part here, and then |
| 19 | | extrapolated it.  So it was done on a dollar per foot |
| 20 | | basis. |
| 21 | Q | Do you know -- have you ever worked with Red Zone |
| 22 | | Robotics before? |
| 23 | A | No. |
| 24 | Q | Do you know if anybody at CDM has worked with Red |
| 25 | | Zone Robotics before? |

Rough Draft - 10

| | | |
|---|---|---|
| 1 | A | I don't know. |
| 2 | Q | Do you know whether Erin got any documents from Red |
| 3 | | Zone Robotics on what they were proposing to do? |
| 4 | A | I -- I don't know.  I don't have those documents.  I |
| 5 | | haven't seen them. |
| 6 | Q | And you personally didn't talk to anybody at Red Zone |
| 7 | | Robotics, correct? |

Page 8

```
 8    A    No.

 9    Q    What discussions did you have with Erin about her

10         efforts to obtain estimates from Red Zone Robotics?

11    A    It was very limited.  It was, I'm getting pricing on

12         this, doing this work.

13    Q    So the conversation would have been --

14    A    So --

15    Q    Go ahead.

16    A    So there was no detail of what it was they were going

17         to be doing or what -- so my input would have been

18         that this scaling up was the correct way of going

19         about it.

20    Q    So what do you understand the chart on the top to

21         mean when it says, "Costs Received," and then there's

22         that chart with nine numbers in it?

23    A    Well, there were -- there was three cost components,

24         and they're all based on a particular length of pipe,

25         and -- which created dollars per linear foot.
```
Rough Draft - 11

```
 1    Q    Okay.  Is it your assumption that -- well, let me

 2         back up.

 3                   Do you know whether Erin received

 4         these numbers by telephone or by e-mail or any

 5         written documentation?

 6    A    I have no idea.

 7    Q    How would you typically do this in the business if

 8         you were working on an estimate of this nature?

 9                   Would you just pick up the phone and

10         call some suppliers and get numbers, or would you ask

11         for a proposal or documentation?
```

Page 9

```
12   A   Some of it depends on how much detail you knew about.
13       Sometimes it would be a phone conversation and --
14       with -- with the person, take some notes.  Sometimes
15       they're -- they're able to provide a little more
16       detail and send a fax over or an e-mail these days.
17                     So it's kind of -- depends on what it
18       is you're trying to get priced and the company that
19       is doing it, what they're willing to give you back.
20   Q   If you were working on something that had a price tag
21       of a million four, would you insist on getting
22       something in writing from Red Zone Robotics, or would
23       you just rely on what they're telling you on the
24       telephone?
25   A   Well, some of it's up to whatever they're willing to
```
Rough Draft - 12

```
1        provide.  Some companies will talk to you, and
2        then -- and then you're on your own.  So, I mean, you
3        can ask for written, but again, it depends on --
4                     I can give you plenty of examples of
5        things.  You know, if you ask someone for some
6        dewatering or bypass pumping costs, usually those
7        companies they'll come back with a 15 page proposal
8        out of a two-minute conversation.  But that's really
9        unusual.
10                    Most people will say, oh, that's --
11       this pipe costs $10 a pound, kind of thing, or
12       whatever, 80 -- $80 a foot.  And so you just jot it
13       down.
14   Q   In looking at the chart here, are you assuming that
15       Erin got a bid from Red Zone Robotics, for example,
16       if they did 5,000 feet of pipe, it would cost 64,000,
```

Page 10

17      10,000 feet of pipe would cost 99,550, and so on, and

18      then she extrapolated the dollars per foot?

19   A   Yes.

20   Q   Well, what does that mean underneath where it says:

21      "4.242 times the length results in 83 percent of the

22      lineal foot unit cost"?

23   A   (Calculating.)  I don't know.

24              MR. BARTZEN:  Paul, do you see that the

25      chart goes to the next page?  Do you recognize that

Rough Draft - 13

1      there's some carryover of the words?

2              THE WITNESS:  Steel factor --

3   BY MS. SCHELLINGER:

4   Q   Mr. Damon -- go ahead.

5   A   I was just going to try and -- (calculating).

6   Q   Mr. Damon, you've taken a couple minutes now to do

7      some calculations, and I think the question I asked

8      you was whether you know what Ms. Smith intended when

9      she said, "4.242 times the lengths relates in:

10      83 percent of the linear foot unit cost."

11             Do you know the answer to that

12      question, or is that something you'd have to ask

13      Erin?

14   A   I don't know.  You'll have to ask Erin.

15   Q   Do you know whether Erin got a bid for doing the

16      entire pipeline as opposed to just lengths of 5,000

17      or 10,000 feet?

18   A   Well, it appears from here that she got three prices

19      for something -- lesser lengths, and then applied it

20      to the 30-mile total length.

Page 11

DamonRough.txt

21   Q   So you don't know that she asked them, hey, if I give

22       you a 30-mile project, how much will that cost?

23                You're not aware that she did that?

24   A   No.  Although there was a factor, looks like an

25       83 percent factor, applied here, based on what's


1       called an "economy of scale."

2   Q   Do you know how she got to the 83 percent factor?

3   A   No.

4   Q   In the chart do you know why the number -- why she

5       got a quote, if, in fact, she did, for 42,420 feet?

6   A   No.

7   Q   Okay.  So if we look at her extrapolation on the

8       bottom, could you tell me what she was doing there?

9   A   (Calculating.)

10             I believe she took the dollar values

11       for the total length and extrapolated it up to the

12       30 miles -- or the 157,500 feet.

13   Q   How did she do that -- let me back up.

14             Have you seen this calculation or

15       worked through this calculation before today?

16   A   No.

17   Q   And I ask because we've spent maybe five minutes

18       trying to do calculations to figure out how she got

19       to her number.

20   A   Mm-hmm.

21   Q   Is that a yes?  You agree it's taken you a couple of

22       minutes to try to figure out her calculations?

23   A   Oh, yes.

24   Q   And explain to me what you think she did to get --

25       how she extrapolated this.

| | | |
|---|---|---|
| 1 | A | Okay.  It -- I believe if you take the 64,100, plus |
| 2 | | the 99,550, plus the 349,288, equals 512,938.  And |
| 3 | | divide that by the length, which is 57,420, gives you |
| 4 | | 8.93, times 157,500, gives you 1.406961.  And then if |
| 5 | | you multiply that times .83, you come out pretty |
| 6 | | close to this number here. |
| 7 | Q | What number do you get? |
| 8 | A | I get 1,167,778. |
| 9 | Q | Which isn't the same number which she gets? |
| 10 | A | Not exactly, no. |
| 11 | Q | Do you know -- if I'm understanding you correctly, |
| 12 | | you believe that she may have added together the |
| 13 | | numbers in the first column of the chart under the |
| 14 | | dollar value? |
| 15 | A | Yes. |
| 16 | Q | And then divided that by the sum of the length number |
| 17 | | in the second column to get to a dollar per square |
| 18 | | foot ratio of 8.93? |
| 19 | A | Dollar per linear foot of $8.93 per foot. |
| 20 | Q | Why -- do you know why she did that? |
| 21 | A | Well, I don't know the -- what was represented in |
| 22 | | each of these first three values. |
| 23 | | I can make an assumption that it |
| 24 | | was -- these are -- so I don't know if there are |
| 25 | | actually different items, or if it's three numbers |

| | | |
|---|---|---|
| 1 | | for three different scenarios of, here's about how |
| 2 | | much this stuff costs per foot.  And so we're taking |

Page 13

3   an average.  That would be taking an average of those

4   three numbers.

5 Q Do you -- you weren't involved in the conversations

6   with Red Zone, correct?

7 A Correct.

8 Q So you don't know why it is that Ms. Smith wrote down

9   $64,100 for 5,000 feet, and $99,550 for 10,000 feet,

10   and $395,288 for 42,420 feet?

11               You don't know whether those numbers

12   that are on this chart was a quote from Red Zone

13   Robotics or whether those were numbers that she

14   somehow extrapolated from something else?

15 A Correct, I don't know.

16 Q And you don't know why she added together the values

17   in the first column and divided that by the sum of

18   the values in the second column to get to a linear

19   foot of $8.93?

20 A Correct.  These are assumptions on my part.  I was --

21   I don't know how she applied these -- this table at

22   the top here.

23 Q I understand.  And you don't -- and you don't know

24   whether --

25 A But it does give about the same number.

Rough Draft - 17


1 Q Okay.  You don't know whether she asked Red Zone

2   Robotics, just give me an estimate to do 30 miles,

3   correct?

4 A Correct.

5 Q Is a mile, in fact, 157,500 feet?

6 A No.

7 Q How many --

Page 14

```
 8    A   A mile is 5,280 feet.
 9    Q   And 30 miles is -- well, you've got the calculator.
10        Is 30 miles 1,000- -- I'm sorry.  Strike that.
11                    Is 30 miles 157,500 feet?
12    A   Not exactly, no.
13    Q   What number is that?
14    A   1,500 and -- oh.  What is 30 miles exactly?
15    Q   How many feet is 30 miles?
16    A   Oh.  It's 158,400.
17                    So, again, it must be a rounded
18        30 miles, I'm assuming.  Probably the actual length
19        was the 157,500.
20    Q   You don't know that for sure, do you?
21    A   I don't know that for sure.
22    Q   Do you know why Ms. Smith didn't just use the lowest
23        dollar per foot that may have been quoted to her of
24        $8.234 to get to her number?
25    A   I don't know.
```
Rough Draft - 18

```
 1    Q   Do you know what Ms. Smith meant when she said,
 2        "Ratio of new length versus already quoted length"
 3        means?
 4    A   (Calculating.)
 5                    I don't know about the actual number.
 6        Looks like what happened is that she's saying that
 7        because the length is -- required is almost four
 8        times what was quoted, she's going to apply the same
 9        economy of scale of the 83 percent.
10    Q   I don't understand what you mean by that.
11                    How do you get to the 3.713 number?
```

Page 15

```
12   A   I don't know how she got that number.  I'm just
13       saying that what's happening up here where she said
14       four times the lengths result in 83 percent of the
15       linear foot cost, unit of cost, right underneath that
16       table, she's now saying that she's using the same
17       83 percent -- excuse me -- yeah, the same 83 percent
18       factor for economy of scale because it's about four
19       times the quoted length.
20   Q   Do you know where she came up with the 83 percent?
21       Did you talk to her about that?
22   A   No.  No.
23   Q   Do you know --
24   A   She had asked us in -- in our work what kind -- for
25       doing multiple locations, and we indicated about a
```
Rough Draft - 19

```
1        10 percent savings.  So I'm not sure where she got
2        the 83 percent in this case.
3    Q   Do you know what she means by new length versus
4        already quoted length, or would you be speculating?
5    A   Well, I'm just speculating.  I'm assuming what she's
6        talking about is, okay, I have quotes for these
7        lengths here.  I have a whole lot more than that.
8        And so she was justifying using a discount on the
9        price because there's about 30 miles of it, and what
10       was quoted wasn't that much.
11   Q   Do you know what distance she was talking about when
12       she said new length?
13   A   No.
14   Q   Do you know where she got the
15       engineering/coordination cost of 176,990?
16   A   (Perusing documents.)
                      Page 16
```

17    Q    Do you know where she got the $176,990 number?

18    A    Specifically, no.  I'm -- there are calculations on

19         other engineering costs, but I don't think they're in

20         here.

21    Q    Is it fair to say that you had very limited

22         discussions with Ms. Smith about the costs of

23         profiling for deflection, correct?

24    A    Yes.

25    Q    And you really haven't spent much time at all

Rough Draft - 20


1         reviewing the backup on page 129, correct?

2    A    That's correct.

3    Q    And, for example, on the column of "costs received"

4         the dollar values and the lengths, you did not talk

5         to Red Zone Robotics.  That was Erin Smith, correct?

6    A    I believe it was Erin Smith, yes.

7    Q    So you don't know whether the numbers identified in

8         that chart were given to her by Red Zone Robotics or

9         which she may have extrapolated herself, correct?

10    A    Correct.

11    Q    And you didn't talk to Red Zone to find out what the

12         scope of their work was, correct?

13    A    Correct.

14    Q    And you don't know how Ms. Smith got to the number or

15         what it means where she says 4.24 times the length

16         results in 83 percent of the linear foot unit cost,

17         correct?

18    A    That's correct.

19    Q    And you're not sure what she means when she refers to

20         new length versus already quoted length; is that fair

Page 17

21      to say?

22  A   Well, other than I surmise that the -- what she's

23      calling the new length would be the 157,500 feet,

24      which, again, I'm assuming is the total length of the

25      pipe that needs to be profiled.

Rough Draft - 21


1               So, again, she's somehow taking what

2       was up here in this first table and applying it to

3       the total length of the job.

4   Q   But you're not sure that's what she actually did?

5   A   I didn't talk to her about it, no.

6   Q   And you don't know how she got to the number of

7       engineering coordinating costs be in the amount of

8       $176,990?

9   A   Correct.

10  Q   Under the circumstance -- under circumstances where

11      you don't know the answers to all of the questions on

12      how Ms. Smith got to these numbers, did her

13      calculations, and the discussions that she had with

14      Red Zone Robotics, as you sit here today, can you

15      testify under oath that the cost of laser profiling

16      is $1,356,925?

17              Can you say that within a reasonable

18      degree of certainty under oath?

19  A   I would say --

20  Q   Or would you have to talk to Erin Smith?

21  A   I'd have to talk to Erin Smith.

22  Q   Because you're not comfortable with how she got to

23      these numbers; is that fair?

24  A   Well --

25  Q   You can't explain --

                    Page 18

```
 1    A    I can't come up with these exact numbers.  I can see
 2         the concept of what was happening.  So I can't -- I
 3         mean, the method might be okay, but I can't arrive at
 4         the exact numbers.
 5    Q    Moving on to a different topic, deflection to me is
 6         kind of a different animal from the actual proposal
 7         to do some remediation on the pipeline.
 8                        And in that regard, you have on page
 9         81 identified three areas of probable construction
10         costs, and that's in the areas of the gasket and bolt
11         replacement, the pipeline access, and valve support.
12    A    Correct.
13    Q    And I just generally wanted to first walk through
14         what you understand Mr. Hampton to be proposing to be
15         done in that regard.
16                        Did you have any discussions with
17         anyone about why it is that gaskets and bolts are
18         being replaced or being proposed to be replaced?
19    A    Reasons for the --
20    Q    Right.
21    A    It may have been mentioned, but for what I'm doing it
22         really doesn't matter.  It's like here's the work
23         that they want to do, and how much would that cost to
24         do.
25    Q    Okay.  And --
```

```
 1    A    The reasons are kind of -- from my perspective, are
 2         sort of irrelevant.
```

```
 3    Q    And in your report, you were estimating what you
 4         referred to as "Hampton's design."
 5                        Is Hampton's design what is depicted
 6         on page 115?
 7                        I think there might be several
 8         versions or several copies --
 9    A    There are two sketches, but yes, this is one.
10    Q    If you turn to page 154, is that the other sketch
11         that you were referring to?
12    A    Yes.  154 and 155.
13    Q    Other than those three drawings, were you provided
14         with any other drawings that you can recall or any
15         other written specifications?
16    A    No.
17    Q    Is that -- are these drawings typical of what you
18         would see to prepare these types of estimates of
19         probable construction costs?
20    A    Yes.
21    Q    In your opinion --
22                   MR. BARTZEN:  Sorry to interrupt.  What was
23         the page of the second schedule 148 to 149?  Second
24         schedule --
25                   MS. SCHELLINGER:  I've got --
```
⮑Rough Draft - 24


```
 1                   THE WITNESS:  154.
 2                   MR. BARTZEN:  149 to 150.  Okay, thank you.
 3                   MS. SCHELLINGER:  It's the same as 140 --
 4         154 and 155.
 5
 6                             * * * *
 7
```

8   Q   There's some line items in those various reports
9       about chlorinating the pipeline.  There's an estimate
10      for chlorination.
11                       And I just wanted to talk to you about
12      your understanding of what is -- what's required in
13      that regard, as far as chlorination?
14  A   Well, they only have to fill the pipe with water
15      which has a certain concentration of chlorine in it
16      and it has to remain in the pipe for a certain
17      duration so that it kills all the bacteria.
18  Q   And --
19  A   Then you have to dispose of that somehow or other.
20  Q   So it needs to sit in the pipeline without it --
21      without moving, right?
22  A   Well, you can keep introducing -- I mean, basically
23      you have to have a certain concentration of
24      chlorination going on.
25                       And I don't know how they were

Rough Draft - 25

1       particularly doing this particular segment.  That was
2       actually, I believe, estimated by Erin.  So the
3       details of how they're planning on doing this
4       particular, I don't know.
5   Q   So you don't know, for example, if they were going to
6       do it section by section or the entire pipeline at
7       once, for example?
8   A   Correct.
9   Q   Do you know if during the time period that this
10      pipeline has been in operation, whether it's been
11      shut down at all for any reason?

| 12 | A | I don't know. |
|---|---|---|
| 13 | Q | The chlorination process, you'd obviously have to |
| 14 | | take the pipeline out of service and rechlorinate it |
| 15 | | if you took the water out to replace the bolts and |
| 16 | | gaskets, right? |
| 17 | A | Yes. |
| 18 | Q | Could you -- if you didn't do anything else, and all |
| 19 | | you did was add the access point to the top of the |
| 20 | | pipeline, could you do that without draining the |
| 21 | | pipeline? |
| 22 | A | No, not to my knowledge. |
| 23 | Q | Why not? |
| 24 | A | Because you'd be cutting into the pipe and you'd have |
| 25 | | to -- you'd have to get in there and repair the |

Rough Draft - 26

| 1 | | damage you do to the lining. |
|---|---|---|
| 2 | Q | And you'd have probably a geyser popping up if you |
| 3 | | cut into the pipe, right? |
| 4 | A | Well, yeah. You can't do it when it's in operation, |
| 5 | | that's for sure. |
| 6 | Q | Would you have to drain the whole section of pipe if |
| 7 | | you were just working on the top of it? |
| 8 | A | I would assume so, yes, otherwise -- because you have |
| 9 | | to get in and patch the lining. |
| 10 | Q | So if you are putting the access point in the top, |
| 11 | | you'd have to drain the pipe. So you'd probably need |
| 12 | | to rechlorinate if you did that operation, right? |
| 13 | A | Yes. |
| 14 | Q | Could you add -- if you did nothing else, and you |
| 15 | | just added the concrete supports, could you do that |
| 16 | | without draining the pipeline? |

| 17 | A | Well, if you weren't -- yeah, if you weren't |
| 18 | | affecting the inside of the pipe at all, if you |
| 19 | | figured out some way of doing that. |
| 20 | Q | I'm not an engineer, so I don't know if you could, |
| 21 | | but it's possible that you could somehow find a way |
| 22 | | to support -- to excavate around and dig the trench |
| 23 | | and put in the concrete without disturbing the flow |
| 24 | | of water, right? |
| 25 | A | I -- yeah, I guess it's possible.  Yeah. |

Rough Draft - 27

| 1 | Q | And then for laser profiling, if you did nothing but |
| 2 | | laser profiling for deflection, would you have to |
| 3 | | drain the pipeline, if you know? |
| 4 | A | Well, if you're -- if you're using lasers inside the |
| 5 | | pipe, then, yeah, you'd have to drain the pipe. |
| 6 | Q | Let's close the loop on chlorination. |
| 7 | | On page 128, what's page 128?  What |
| 8 | | are you summarizing there? |
| 9 | A | (Reviewing document.) |
| 10 | | This is -- this is the Opinion 1 for |
| 11 | | the gasket and bolt replacement of 5.7 million. |
| 12 | Q | Did you prepare this document, or was that Mr. Dodge |
| 13 | | or Ms. Smith? |
| 14 | A | Well, the spreadsheet part here was -- that was |
| 15 | | actually prepared by Erin. |
| 16 | Q | So page 128 was prepared by Erin? |
| 17 | A | Correct.  But the costs involved here are -- some |
| 18 | | were prepared by Mr. Dodge. |
| 19 | | For instance, E excavation of the |
| 20 | | valve, replacement of the bolts, those numbers are |

Page 23

DamonRough.txt

```
21              from the estimate on page 124.

22      Q       Okay.  There's a line item here for chlorination

23              towards the bottom for 974,195.  Do you see that?

24      A       Yes.

25      Q       Do you know where that number came from?
```
Rough Draft - 28

```
1       A       That was the number that came from Erin.

2       Q       How do you know that came from Erin as opposed to

3               Mr. Dodge?

4       A       Because the components that Mr. Dodge worked on are

5               all in this estimate here on page -- starting on page

6               123 and going through page 126.

7       Q       Okay.  And that has his name on the first page of it

8               on page 123, right?  It says "Estimator Dodge"?

9       A       Yes.

10      Q       Okay.  And how did Erin get to the 974,195 for

11              chlorination?

12      A       (Perusing documents.)

13                              I don't know the answer to that.

14      Q       So as you sit here today, you can't state under oath

15              to a reasonable degree of certainty that chlorination

16              of this pipeline would cost $974,195; is that

17              correct?

18      A       That's correct.

19      Q       And that same number appears on page 131.  There's a

20              line item for chlorination of $974,195.

21      A       Yes.

22      Q       Do you see that?

23      A       Yes.

24      Q       And you don't know where that number came from

25              either, correct?  Other than from Erin?
```
                        Page 24

Case 1:09-cv-00131-WCG   Filed 09/23/11   Page 24 of 27   Document 43-4

DamonRough.txt

```
 1    A    You're talking about the escalate for 18 valves in
 2         the middle of the page there?
 3              MR. BARTZEN:  Yes.
 4              MS. SCHELLINGER:  Yes.
 5              THE WITNESS:  That's correct.
 6    BY MS. SCHELLINGER:
 7    Q    So you can't say to a reasonable degree of certainty
 8         that your estimate or the estimate on here of
 9         $974,195 is an accurate estimate to chlorinate this
10         pipeline -- correct? -- because you don't know what
11         the backup for this number is?
12    A    Correct.
13    Q    You would agree with me that even though the line
14         item for chlorination appears on both page 128 which
15         is for the gasket and bolt replacement, and on page
16         131 which is for the pipeline access addition, that
17         no matter what happens here, it's very unlikely you'd
18         have to chlorinate this pipeline twice, correct?
19    A    It would depend on the construction sequence.
20    Q    Assuming that you did --
21    A    which we don't know.
22    Q    Okay.  Well, supposedly, if you decided to repair the
23         bolts and gaskets tomorrow, you'd have to chlorinate
24         it when you're done with that project, but -- and if
25         you decided to add the access ten years later, you'd
```

```
 1         have to chlorinate it ten years later, correct?
 2    A    Yes.
```

Page 25

DamonRough.txt

3    Q    But assuming that you took the pipeline out of
4         service and replaced the bolts and gaskets, put in
5         the valve supports, and put in the access all at the
6         same time, you'd only have to chlorinate once, right?
7    A    It depends, because I'm not familiar with how they --
8         how they're able to isolate the segments or not, or,
9         again, the construction sequence.
10                   So if you -- in the -- getting into
11        the pipe throughout different portions of it, yes,
12        you'd have to do that twice.
13   Q    But you don't know what Ms. Smith was contemplating
14        when she put 975 -- or 974,195 in her calculations
15        twice, correct?
16   A    Correct.
17   Q    If we go to page -- back to page 128, as you pointed
18        out, there is a figure on the bottom of $5.7 million,
19        which is the same number that is included in your
20        report as Opinion 1 for being the total dollar figure
21        for the gasket and bolt replacement.
22                   And what I'd like you to do is walk me
23        through the numbers on this spreadsheet that
24        Ms. Smith prepared, to the extent we can tie it back
25        to the --
Rough Draft - 31


1                        * * * *
2
3         (This is a rough draft of the proceedings provided by the
4              court reporter for the benefit of counsel and
5              parties.  Please remember it is not a certified,
6              final-form transcript and is not to be used as such.)
7
                              Page 26

```
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```